

Villanova University School of Law
Villanova University School of Law Digital Repository

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2013

# Interfaith Comm Orgn v. Honeywell Intl Inc

Precedential or Non-Precedential: Precedential

Docket No. 11-3813

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

## Recommended Citation

"Interfaith Comm Orgn v. Honeywell Intl Inc" (2013). *2013 Decisions.* Paper 447.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/447

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA NAVAS; HACKENSACK
RIVERKEEPER, INC.; WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A AlliedSignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED REALTY OF UNION CITY,
INC.; W.R. GRACE & CO; ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60 PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property, LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60 Property, LLC
Appellants in No. 11-3813

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK; STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY UNIVERSITY;
JERRAMIAH T. HEALY;

OREN DABNEY, In his official capacity as Director of Jersey City Incinerator Authority; JOHN YURCHAK, In his official capacity as Director of Jersey City Department of Public Works; DANIEL BECHT, Executive Director of Jersey City Municipal Utilities Authority; BAYONNE MUNICIPAL UTILITIES AUTHORITY; CARLOS M. HERNANDEZ, In his official capacity as President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property, LLC, Kellogg Street/440 Property, LLC, Kellogg Street 60 Property, LLC,

Appellants in 11-3814

_____

On Appeal from the United States District Court
for the District of New Jersey
(Civil Action Nos. 2-95-cv-02097 & 2-05-cv-05955)
District Judge: Honorable Dennis M. Cavanaugh

_____

**O R D E R**

It is  O R D E R E D   that the July 8, Opinion is amended to correct the clerical errors referred to in Plaintiffs-Appellees' unopposed motion.  The July 8, 2013, Opinion is amended as follows:

1. On page 1 of the Court's Opinion "Alliedsignal" is corrected to read "AlliedSignal."

2. On page 2 of the Court's Opinion, the docket "No. 11-3913" is corrected to read "No. 11-3813."

3. On page 3 of the Court's Opinion, "2-05-cv-05955" is added to the district court docket number for appeal at No. 11-3814.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 22, 2013
PDB/CLW/cc: All Counsel of Record